# EXHIBIT A

## INDEX OF DOCUMENTS BEING FILED

1. Notice of Removal

2. Civil Cover Sheet

3. Supplemental Civil Cover Sheet

   List of all counsel: *See* Supplemental Civil Cover Sheet

4. State Court Docket Sheet as of August 18, 2021

The state court's docket does not reflect any executed process, and the state court judge has not signed any orders.

5. State Court Pleadings:

   Plaintiff's Original Petition filed August 6, 2021

# EXHIBIT B

6. Notice to the State Court Clerk of Removal