| HCDistrictclerk.com | CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC AS TRUSTEE OF THE FURIE vs. RIECK, KAY | 8/18/2021 |
|---|---|---|

Cause: 202148592     CDI: 7     Court: 334

### APPEALS
No Appeals found.

### COST STATMENTS
No Cost Statments found.

### TRANSFERS
No Transfers found.

### POST TRIAL WRITS
No Post Trial Writs found.

### ABSTRACTS
No Abstracts found.

### SETTINGS
No Settings found.

### NOTICES
No Notices found.

### SUMMARY

#### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 8/6/2021 | **Court** | 334th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 14) HOUSTON, TX 77002 Phone:7133686500 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | OTHER CIVIL | **JudgeName** | DAWN ROGERS |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | 8/9/2021 | | |

#### CURRENT PRESIDING JUDGE

### ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC AS TRUSTEE OF THE FURIE | PLAINTIFF - CIVIL | | CORN, ROBERT M. |
| RIECK, KAY | DEFENDANT - CIVIL | | |
| DEGENHARDT, LARS | DEFENDANT - CIVIL | | |
| VAN STEPHOUDT, THEODOR | DEFENDANT - CIVIL | | |
| REED SMITH LLP | DEFENDANT - CIVIL | | |
| HRYCK, DAVID | DEFENDANT - CIVIL | | |

| Party | Role |
|---|---|
| HORD, THOMAS E | DEFENDANT - CIVIL |
| NUNES, MICHAEL ANTHONY (TONY) | DEFENDANT - CIVIL |
| STONE PIGMAN WALTHER WITTMAN LLC | DEFENDANT - CIVIL |
| ELDER, DAVID W | DEFENDANT - CIVIL |
| GANER, BRUCE | DEFENDANT - CIVIL |
| SIERRA PINE RESOURCES INTERNATIONAL INC | DEFENDANT - CIVIL |
| HELENA ENERGY LLC | DEFENDANT - CIVIL |
| RIECK, KAY BY SERVING THE TEXAS SECRETARY OF STATE | REGISTERED AGENT |
| DEGENHARDT, LARS BY SERVING THE TEXAS SECETARY OF STATE | REGISTERED AGENT |
| VAN STEPHOUDT, THEODOR BY SERVING THE TEXAS SECRETARY OF STATE | REGISTERED AGENT |
| REED SMITH LLP BY SERVING THE TEXAS SECRETARY OF STATE | REGISTERED AGENT |
| HRYCK, DAVID BY SERVING THE TEXAS SECRETARY OF STATE | REGISTERED AGENT |
| STONE PIGMAN WALTHER WITTMAN LLC BY SERVING THE TEXAS SECRETARY | REGISTERED AGENT |
| SIERRA PINE RESOURCES INTERNATIONAL INC (A CORPORATION) BY SERVING | REGISTERED AGENT |
| HELENA ENERGY LLC BY SERVING ITS REGISTERED AGENT | REGISTERED AGENT |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 8/6/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 8/6/2021 | ORIGINAL PETITION | | | 0 | | CORN, ROBERT M. | CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC AS TRUSTEE OF THE FURIE |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | RIECK, KAY BY SERVING THE TEXAS SECRETARY OF STATE | 8/6/2021 | 8/9/2021 | | | | 73899481 | E-MAIL |
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | DEGENHARDT, LARS BY SERVING THE TEXAS SECRETARY OF STATE | 8/6/2021 | 8/9/2021 | | | | 73899498 | E-MAIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | VAN STEPHOUDT, THEODOR BY SERVING THE TEXAS SECRETARY OF STATE | 8/6/2021 | 8/9/2021 | | 73899518 | E-MAIL |
| | 1540 BROADWAY NEW YORK NY 10036 | | | | | | | |
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | REED SMITH LLP BY SERVING THE TEXAS SECRETARY OF STATE | 8/6/2021 | 8/9/2021 | | 73899531 | E-MAIL |
| | 20 STANWIX STREET SUITE 1200 PITTSBURGH PA 15222 | | | | | | | |
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HRYCK, DAVID BY SERVING THE TEXAS SECRETARY OF STATE | 8/6/2021 | 8/9/2021 | | 73899535 | E-MAIL |
| | 1540 BROADWAY NEW YORK NY 10036 | | | | | | | |
| CITATION (SECRETARY OF STATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | STONE PIGMAN WALTHER WITTMAN LLC BY SERVING THE TEXAS SECRETARY | 8/6/2021 | 8/9/2021 | | 73899538 | E-MAIL |
| | 1001 MCKINNEY SUITE 1600 HOUSTON TX 77002 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SIERRA PINE RESOURCES INTERNATIONAL INC (A CORPORATION) BY SERVING | 8/6/2021 | 8/9/2021 | | 73899543 | E-MAIL |
| | 700 LOUISIANA ST SUITE 1200 HOUSTON TX 77002 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HELENA ENERGY LLC BY SERVING ITS REGISTERED AGENT | 8/6/2021 | 8/9/2021 | | 73899548 | E-MAIL |
| | 2925 RICHMOND AVENUE 14TH FLOOR HOUSTON TX 77098 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HORD, THOMAS E | 8/6/2021 | 8/9/2021 | | 73899562 | E-MAIL |
| | 912 FOREST RD GALVESTON TX 77565 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | NUNES, MICHAEL ANTHONY (TONY) | 8/6/2021 | 8/9/2021 | | 73899563 | E-MAIL |
| | 712 MAIN ST., HOUSTON TX 77002 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ELDER, DAVID W | 8/6/2021 | 8/9/2021 | | 73899564 | E-MAIL |
| | 18153 BAL HARBOUR DRIVE HOUSTON TX 77058 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | GANER, BRUCE | 8/6/2021 | 8/9/2021 | | 73899566 | E-MAIL |
| | 110 CYPRESS STATION DR HOUSTON TX 77090 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 97250956 | Plaintiff's Original Petition | | 08/06/2021 | 43 |
| ·> 97250968 | Request for Issuance of Service- Helena Energy LLC | | 08/06/2021 | 1 |
| ·> 97250957 | Request for Issuance of Service- Rieck (SOS) | | 08/06/2021 | 1 |
| ·> 97250959 | Request for Issuance of Service- van Stephoudt (SOS) | | 08/06/2021 | 1 |
| ·> 97250958 | Request for Issuance of Service-Degenhardt (SOS) | | 08/06/2021 | 1 |
| ·> 97250965 | Request for Issuance of Service-Elder | | 08/06/2021 | 1 |
| ·> 97250966 | Request for Issuance of Service-Ganer | | 08/06/2021 | 1 |
| ·> 97250962 | Request for Issuance of Service-Hord | | 08/06/2021 | 1 |
| ·> 97250961 | Request for Issuance of Service-Hryck (SOS) | | 08/06/2021 | 1 |
| ·> 97250963 | Request for issuance of Service-Nunes | | 08/06/2021 | 1 |
| ·> 97250960 | Request for Issuance of Service-Reed Smith LLP | | 08/06/2021 | 1 |
| ·> 97250967 | Request for Issuance of Service-SPRI | | 08/06/2021 | 1 |
| ·> 97250964 | Request for Issuance of Service-Stone Pigman Walther Wittman LLC (SOS) | | 08/06/2021 | 1 |