Case 4:21-cv-02698   Document 1-6   Filed on 08/18/21 in TXSD   Page 1 of 2

<div style="text-align:center">EXHIBIT B</div>

No. 2021-48592

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, AS TRUSTEE OF THE FURIE LITIGATION TRUST,<br><br>    *Plaintiff*,<br><br>v.<br><br>KAY RIECK, LARS DEGENHARDT, THEODOR VAN STEPHOUDT, DAVID HRYCK, REED SMITH LLP, THOMAS E. HORD, MICHAEL ANTHONY NUNES, STONE PIGMAN WALTHER WITTMAN LLC, IN ITS OWN CAPACITY AND AS SUCCESSOR BY MERGER TO COGAN & PARTNERS LLP, DAVID ELDER, BRUCE GANER, SIERRA PINE RESOURCES INTERNATIONAL, INC. AND HELENA ENERGY, LLC,<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br><br><br><br>334TH JUDICIAL DISTRICT |

## NOTICE TO THE CLERK OF REMOVAL

PLEASE TAKE NOTICE that the attached ("Exhibit 1") Notice of Removal of Defendant Stone Pigman Walther Wittmann L.L.C.[1] removing this case to the United States District Court for the Southern District of Texas, Houston Division, was filed on August 18, 2021. This notice is being filed with the State Court under 28 U.S.C. § 1446(d) and FED. R. BANKR. P. 9027(c). Under 28 U.S.C. § 1446(d) and FED. R. BANKR. P. 9027(c), the State Court shall proceed no further unless this case is remanded.

---

[1] Plaintiff incorrectly named and mis-spelled Stone Pigman as "Stone Pigman Walther Wittman LLC, in its own capacity and as successor by merger to Cogan & Partners LLP." Stone Pigman Walther Wittmann L.L.C. is not a "successor by merger to Cogan & Partners LLP" and cannot be sued in that capacity.

NOTICE TO THE CLERK OF REMOVAL – PAGE 1

Respectfully submitted,

*/s/ George M. Kryder*
George M. Kryder
  State Bar No. 11742900
  gkryder@velaw.com
Matthew W. Moran
  State Bar No. 24002642
  mmoran@velaw.com
Jordan W. Leu
  State Bar No. 24070139
  jleu@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700

Patrick W. Mizell
  State Bar No. 14233980
  pmizell@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: (713) 758-2222

*Attorneys for Defendant*
*Stone Pigman Walther Wittmann L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2021, a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with TEX. R. CIV. P. 21a. using the Court's electronic filing system and by email to:

rcorn@corn-law.com
bamini@aminillc.com
asamet@aminillc.com

*/s/ George M. Kryder*
George M. Kryder