8/26/2021 9:25 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56674430
By: SIMONE MILLS
Filed: 8/26/2021 9:25 AM

CAUSE NO. 202148592

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 942283   TRACKING NO: 73899543

| Plaintiff: | In The 334th |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC AS TRUSTEE OF THE FURIE | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| RIECK, KAY | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: SIERRA PINE RESOURCES INTERNATIONAL INC (A CORPORATION) BY SERVING ITS REGISTERED AGENT IRA D WEIZEL
700 LOUISIANA ST SUITE 1200, HOUSTON TX 77002

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on August 6, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on August 9, 2021, under my hand and seal of said court.



Issued at the request of:

Corn, Robert M
440 LOUISIANA SUITE 2000
HOUSTON, TX 77002-1636
713-229-0055
Bar Number: 04828600

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: BRIANNA J. DENMON

Tracking Number: 73899543

## CAUSE NUMBER: 202148592

| | |
|---|---|
| PLAINTIFF: CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC AS TRUSTEE OF THE FURIE | In the 334th |
| vs. | Judicial District Court of |
| DEFENDANT: RIECK, KAY | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at __7:19__ o'clock __P__. M. on the __10th__ day of __August__, 20__21__. Executed at (Address)__3118 Ivy Falls, Houston Texas 77068__ in __Harris__ County at o'clock __1:20 PM__. M. On the __23rd__ day of __August__, 20__21__, by Delivering to __Sierra Pine Resources International Inc. Predent/CEO - Bruce Ganer__ defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this __26th__ day of __August__, 20__21__

Fees $_____

_____    By _____
Affiant                                               Deputy

On this day, __Nick Ngo, Process Server, sch 923 exp. 7/31/2022__, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this __26__ day of __August__, 20__21__

_____
Notary Public

PENNY NGO
MY COMMISSION EXPIRES
MAY 18, 2022
NOTARY ID: 125665383