# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust,<br>*Plaintiff,*<br><br>v.<br><br>KAY RIECK; LARS DEGENHARDT; THEODOR VAN STEPHOUDT; DAVID HRYCK, REED SMITH LLP; THOMAS E. HORD; MICHAEL ANTHONY NUNES; STONE PIGMAN WALTHER WITTMAN LLC, in its own capacity and as successor by merger to COGAN & PARTNERS LLP; DAVID ELDER; BRUCE GANER; SIERRA PINE RESOURCES INTERNATIONAL, INC.; and HELENA ENERGY, LLC,<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-02698 |

## DEFENDANT REED SMITH LLP'S UNOPPOSED MOTION
## TO EXTEND TIME TO ANSWER

TO THE HONORABLE CHARLES R. ESKRIDGE III:

Defendant Reed Smith LLP ("Reed Smith") respectfully requests an extension of time to October 1, 2021 to answer, move, or otherwise respond to Plaintiff's state-court petition, which was removed to this Court in the above-styled and numbered civil action.

Plaintiff filed its Original Petition ("Petition") on August 6, 2021, and it was assigned to the 334th District Court of Harris County, Texas. The current deadline for Reed Smith to answer is **September 7, 2021**. *See* FED. R. CIV. P. 81(c)(2)(A).

Due to the complexity of the matters at issue and the need for additional preparation time, Reed Smith respectfully requests an extension of time—to **October 1, 2021**—to file an answer, move, or otherwise respond to the Petition.

Plaintiff does not oppose this extension.

WHEREFORE, premises considered, Defendant Reed Smith LLP respectfully requests that the Court extend its deadline to answer, move, or otherwise respond to Plaintiff's lawsuit to October 1, 2021.

DATED:   September 3, 2021

Respectfully Submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Collin J. Cox*
Collin J. Cox
Federal ID No. 654469
State Bar of Texas No. 24031977
ATTORNEY FOR DEFENDANT
REED SMITH LLP
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: 346-718-6604
Facsimile: 346-718-6941
Email: ccox@gibsondunn.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that prior to filing the above Unopposed Motion to Extend Time to Answer, the undersigned conferred with opposing counsel, Robert Corn, regarding the relief sought in this Motion. He is unopposed to the requested extension of time.

*/s/ Collin J. Cox*
Collin J. Cox

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Reed Smith, LLP's Unopposed Motion to Extend Time to Answer has been served on the following counsel/parties of record in accordance with FED. R. CIV. P. 5 and local rules for electronic filing and service on this 3rd day of September 2021:

Robert M. Corn, Counsel for Plaintiff
George M. Kryder, III, Counsel for Stone, Pigman, Walther, Wittman, LLC
William P. Haddock, Counsel for Helena Energy, LLC

*/s/ Collin J. Cox*
Collin J. Cox