IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGE-MENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-cv-02698 |
| | § | |
| v. | § | |
| | § | |
| KAY RIECK, ET AL, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**PLAINTIFF CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC's
CERTIFICATE OF INTERESTED PARTIES**

Under FED. R. CIV. P. 7.1 and the Court's Order for Conference and Disclosure of Interested Parties dated August 26, 2021, Plaintiff Clingman & Hanger Management Associates, LLC ("Plaintiff") submits this certificate of interested parties and counsel of record.

Plaintiff discloses that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities are or may be financially interested in the outcome of this lawsuit (publicly traded entities are underlined), represented by the listed counsel:

*A.*   *Plaintiff*

1.   Clingman & Hanger Management Associates LLC;

   a.   Robert M. Corn, counsel for Plaintiff;

   b.   Bijan Amini, Avery Samet and Michael Igyarto of Amini LLC, counsel for Plaintiff;

   c.   Members: Ed Clingman, Teresa Hanger.

*B.*   *Defendants*

2.   Kay Rieck;

    a.  Leonard H. Simon and William P. Haddock of Pendergraft & Simon, LLP, counsel for Defendant Rieck.

3.    Lars Degenhardt;

    a.  Defendant Degenhardt has no known counsel in this action.

4.    Theodor van Stephoudt;

    a.  Barrett H. Reasoner and Ayesha Najam of Gibbs & Brunns, LLP, counsel for Defendant van Stephoudt.

5.    Reed Smith LLP;

    a.  Collin J. Cox, Bennett Rawicki and Kevin Rosen  of Gibson, Dunn & Crutcher LLP, counsel for Defendant Reed Smith LLP.

6.    David Hryck;

    a.  Barrett H. Reasoner and Ayesha Najam of Gibbs & Brunns, LLP, counsel for Defendant Hryck.

7.    Thomas E. Hord;

    a.  J. Marcus Hill of Hill & Hill, P.C., counsel for Defendant Hord.

8.    Michael Anthony (Tony) Nunes;

    a.  Murray Fogler of Fogler Brar O'Neil Gray LLP, counsel for Defendant Nunes.

9.    Stone Pigman Walther Wittmann LLC;

    a.  George Kryder of Vinson & Elkins LLP, counsel for Defendant Stone Pigman Walther Wittmann LLC;

10.    David W. Elder;

    a.  Kendall Kelly Hayden and Julia G. Simonet of Cozen O'Connor PC, counsel for Defendant Elder.

11.   Bruce Ganer;

    a.   Tim Rothberg of Peckar & Abramson, PC, counsel for Defendant Ganer.

12.   Sierra Pine Resources International, Inc.;

    a.   Tim Rothberg of Peckar & Abramson, PC, counsel for Defendant Sierra Pine Resources International, Inc.;

    b.   Sierra Pine Resources International, Inc. is wholly owned by Defendant Ganer.

13.   Helena Energy LLC;

    a.   Leonard H. Simon and William P. Haddock of Pendergraft & Simon, LLP, counsel for Defendant Helena Energy LLC;

    b.   Helena Energy LLC is a wholly owned subsidiary of non-party Alecto Ltd;

    c.   Non-party Alecto Ltd. is wholly owned by Defendant Rieck.

Respectfully submitted,

_/s/ Robert M. Corn_
_____

Robert M. Corn
Southern District Bar No. 2064
State Bar of Texas No. 04828600
3131 Eastside St., Suite 440
Houston, Texas 77098-1947
Telephone: 713-229-0055
Facsimile:  713-229-0057
Email: rcorn@corn-law.com

OF COUNSEL:                                          ATTORNEY FOR PLAINTIFF CLINGMAN
AMINI, LLC                                          & HANGER MANAGEMENT ASSOCI-
Bijan Amini                                         ATES, LLC
Avery Samet
Amini LLC
131 West 35th Street, 12th Floor
New York, New York 10001
Telephone: (212)490-4700
asamet@aminillc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, a true and correct copy of the above and foregoing was served in compliance with the Federal Rules of Civil Procedure upon the following:

*Via S.D. Tex. CM/ECF or Email*
J. Marcus "Marc" Hill
marc@hillpclaw.com
Hill & Hill, P.C.
1770 St. James Place, Suite 115
Houston, Texas 77056
ATTORNEY FOR DEFENDANT THOMAS E. HORD

*Via S.D. Tex. CM/ECF or Email*
Leonard H. Simon
William P. Haddock
WHaddock@pendergraftsimon.com
Pendergraft & Simon, LLP
2777 Allen Parkway, Suite 800
Houston, Texas 77019
ATTORNEY FOR DEFENDANTS HELENA ENERGY LLC AND KAY RIECK

*Via S.D. Tex. CM/ECF or Email*
Barrett H. Reasoner
BReasoner@gibbsbruns.com
Ayesha Najam
anajam@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
ATTORNEY FOR DEFENDANTS THEODOR VAN STEPHOUDT AND DAVID HRYCK

*Via S.D. Tex. CM/ECF or Email*
Murray Fogler
mfogler@foglerbrar.com
Fogler Brar O'Neil Gray LLP
2 Houston Center
909 Fannin St, Suite 1640
Houston, Texas 77010
ATTORNEY FOR DEFENDANT MICHAEL ANTHONY (TONY) NUNES

*Via S.D. Tex. CM/ECF or Email*
Kendall Kelly Hayden
khayden@cozen.com
Cozen O'Connor
1717 Main Street, Suite 3100
Dallas, Texas 75201
ATTORNEY FOR DEFENDANT DAVID W. ELDER

*Via S.D. Tex. CM/ECF or Email*
Timothy Rothberg
TRothberg@pecklaw.com
Peckar & Abramson, P.C.
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056
ATTORNEY FOR DEFENDANTS BRUCE GANER AND SIERRA PINE RESOURCES INTERNATIONAL, INC.

*__Via S.D. Tex. CM/ECF or Email__*
Collin J. Cox
CCox@gibsondunn.com
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002

Bennett Rawicki
brawicki@gibsondunn.com
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201

Kevin Rosen
krosen@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071
ATTORNEYS   FOR   DEFENDANT   REED
SMITH LLP

*__Via S.D. Tex. CM/ECF or Email__*
George M. Kryder
gkryder@velaw.com
Matthew W. Moran
Jordan W. Leu
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201

Patrick W. Mizell
pmizell@velaw.com
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
ATTORNEYS   FOR   DEFENDANT   STONE
PIGMAN WALTHER WITTMANN LLC

_/s/ Robert M. Corn_
Robert M. Corn