UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, AS TRUSTEE OF THE FURIE LITIGATION TRUST,** § § § § § *Plaintiff,* § § v. § § **KAY RIECK, ET AL.,** § § *Defendants.* § | Civil Action No. 4:21-cv-02698<br><br>Judge Charles Eskridge |

### DEFENDANT MICHAEL ANTHONY NUNES' INITIAL DISCLOSURES

Pursuant to Fed.R.Civ.P. 26(A)(1), Tony Nunes makes the following initial disclosures:

(i) <u>Individuals likely to have discoverable information</u>:

Nunes adopts the list of individuals in the Plaintiff's initial disclosures and will supplement in the event additional names become known.

(ii) <u>Documents</u>:

Nunes has possession of certain emails relating to his representation of Furie and its related parties. In accordance with the Court's Standard E-Discovery Order, his emails will be handled through specific production requests.

(iii) <u>Damages</u>:

Nunes does not presently claim damages from the Plaintiff.

(iv) <u>Insurance</u>:

1

Nunes will produce any required insuring agreements at an appropriate time in the event Plaintiff's claims against him are not dismissed.

Respectfully submitted,

*Murray Fogler*
Murray Fogler
State Bar No. 07207300
S.D. Tex. Bar No. 2003
mfogler@foglerbrar.com
Fogler, Brar, O'Neil & Gray LLP
2 Houston Center
909 Fannin, Suite 1640
Houston, Texas 77010
Telephone No. (713) 481-1010
Facsimile No. (713) 574-3224

*Attorney for Defendant*
*Michael Anthony Nunes*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon all counsel of record on October 21, 2021, using the Court's electronic filing system.

*Murray Fogler*
Murray Fogler
