United States District Court
Southern District of Texas

**ENTERED**

November 17, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, AS TRUSTEE OF THE FURIE LITIGATION TRUST, | § § § § § | CIVIL ACTION NO. 4:21-cv-02698 |
| *Plaintiff,* | § § | |
| *v.* | § § | JUDGE CHARLES ESKRIDGE |
| KAY RIECK, ET AL., | § § § | |
| *Defendants.* | § | |

**ORDER DESIGNATING COGAN & PARTNERS LLP AS A RESPONSIBLE THIRD PARTY**

Before the Court is Defendant Stone Pigman Walther Wittmann L.L.C.'s Motion for Leave to Designate Cogan & Partners LLP as a Responsible Third Party (Dkt. 89) (the "Motion"). The Court, upon reviewing the Motion and noting that Plaintiff failed to timely respond to the Motion or timely join Cogan & Partners LLP as a party by October 29, 2021, under the Scheduling and Docket Control Order (Dkt. 19), is of the opinion that the Motion should be GRANTED.

Accordingly, Cogan & Partners LLP is a Responsible Third Party.

SO ORDERED.

Signed on <u>November 17, 2021</u>, at Houston, Texas.

HON. CHARLES R. ESKRIDGE III
UNITED STATES DISTRICT JUDGE