IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, Plaintiff, | § § § § § § § | |
| vs. | § | |
| KAY RIECK, LARS DEGENHARDT, THEODOR VAN STEPHOUDT, DAVID HRYCK, REED SMITH LLP, THOMAS E. HORD, MICHAEL ANTHONY NUNES, STONE PIGMAN WALTHER WITTMAN LLC, in its own capacity and as successor by merger to COGAN & PARTNERS LLP, DAVID ELDER, BRUCE GANER, SIERRA PINE RESOURCES INTERNATIONAL, INC., and HELENA ENERGY, LLC, Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-02698 Jury |

**DEFENDANT THOMAS E. HORD'S REPLY TO PLAINTIFF CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC'S LIMITED RESPONSE TO HORD'S MOTION TO AMEND AFFIRMATIVE DEFENSE**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Thomas E. Hord files this reply to Plaintiff Clingman & Hanger Management Associates, LLC's Limited Response to Hord's Motion to Amend Affirmative Defense. [ECF No. 138].

1.  The case is in its infancy, having been filed in state court on August 6, 2021 and removed to federal court on August 18, 2021. [ECF No. 1 & Attch. 1]. The Court entered a docket control order on September 3, 2021 setting the pleadings deadline as November

1

30, 2021. [ECF No. 19]. Hord filed his original answer on September 20, 2021. [ECF No. 54]. Hord filed his motion to amend on November 30, 2021. [ECF No. 132]. Discovery has barely commenced: no depositions have been taken, and only initial written discovery has been exchanged.

2. In the spirit of cooperation, Hord did not oppose Clingman & Hanger's earlier motion for leave to amend its complaint, filed on October 19, 2021. [ECF No. 94].

3. Although, as Hord urged in his reply in support of his motion for judgment on the pleadings and/or summary judgment, he believes his original answer is broad enough to encompass the statute of limitations under 11 U.S.C. § 546, Clingman & Hanger has argued that it is not, so out of an abundance of caution, Hord asked for leave to amend his answer to more specifically reference section 546. [ECF Nos. 131, 132].

4. "The court should freely give leave [to amend] when justice so requires." FED. R. CIV. P. 15(a)(2). Absent the factors set forth by the Supreme Court—undue delay, bad faith or dilatory motive, repeated failure to cure, undue prejudice, or futility—amendment should be permitted. *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

5. Courts regularly grant leave to amend to assert the statute of limitations. *E.g., Affiliated FM Ins. Co. v. Liberty Mechanical Contractors, Inc.*, No. 12 Civ. 5160(KPF), 2013 WL 4526246, at *4-8 (S.D.N.Y. Aug. 27, 2013) (collecting cases).

6. Hangman & Clinger's only basis for opposing amendment is futility. For the reasons stated in Hord's motion for judgment on the pleadings and/or summary judgment and reply in support thereof, section 546 of the Bankruptcy Code applies and states a valid defense to Clingman & Hanger's Bankruptcy Code claims; the defense is not futile.

## **CONCLUSION & PRAYER**

The section 546 statute of limitations defense is not futile. Amendment was sought within the pleadings deadline, and there is no prejudice to Clingman & Hanger. For these reasons, Hord continues to pray that the Court grant him leave to amend his answer.

    Respectfully submitted,

    HILL & HILL PC

    By: */s/ J. Marcus Hill*
       J. Marcus Hill
       Texas Bar No. 09638150
       S.D. Tex. Bar No. 4640
    1770 St. James Place, Suite 115
    Houston, Texas 77056
    2116 Church Street
    Galveston, Texas 77550
    Tel: (713) 688-6318
    Fax: (713) 688-2817
    marc@hillpclaw.com

    ATTORNEYS FOR DEFENDANT
    THOMAS E. HORD

## CERTIFICATE OF COMPLIANCE

I certify that this reply contains 553 words. The word count was calculated electronically using Microsoft Word.

*/s/ J. Marcus Hill*
J. Marcus Hill

## CERTIFICATE OF SERVICE

I certify that on January 10, 2022, I electronically filed the foregoing document and all exhibits with the United States District Court for the Southern District of Texas using the court's CM/ECF system. I certify that the following parties or their counsel of record are registered as CM/ECF filers and that they will be served by the CM/ECF system:

*/s/ J. Marcus Hill*
J. Marcus Hill

**Plaintiff - Clingman & Hanger Management Associates, LLC as Trustee of the Furie Litigation Trust**
**Robert M Corn- Lead Attorney**
*Attorney at Law*
3131 Eastside St.
Suite 440
Houston, TX 77098
713-229-0055
713-229-0057 (fax)
rcom@com-law.com
**Bijan Amini**
**Avery Samet**
*Amini LLC*
asamet@aminillc.com
(212) 497-8239
131 West 35th Street, 12th Floor
New York, New York 10001

**Defendant Kay Rieck**
**William P Haddock**
*Pendergraft & Simon, LLP*
2777 Allen Parkway, Ste 800
Houston, TX 77019
713-528-8555
713-868-1267 (fax)
will@haddock.pro


**Defendant - Theodor Van Stephoudt**
**Barrett H. Reasoner - Lead Attorney**
**Ayesha Najam**
*Gibbs & Bruns LLP*
1100 Louisiana
Suite 5300
Houston, TX 77002
713-650-8805
713-750-0903 (fax)
breasoner@gibbsbruns.com
anajam@gibbsbruns.com


**Defendant - Reed Smith LLP**
**Collin Joe Cox**
*Gibson, Dunn & Crutcher LLP*
811 Main St
Ste 3000
Houston, TX 77002
346-718-6604
ccox@gibsondunn.com
**Bennett Rawicki**
*Gibson, Dunn & Crutcher LLP*
2001 Ross A venue, Suite 2100
Dallas, Texas 75201-6912
**Kevin Rosen-** *Motion for pro hac vice pending*
**Shannon Mader** - *Motion for pro hac vice pending*
*Gibson, Dunn & Crutcher LLP*
333 South Grand A venue
Los Angeles, California 90071-3197

**Defendant - David Hyrick**
**Barrett H Reasoner - Lead Attorney**
**Ayesha Najam**
*Gibbs & Bruns LLP*
1100 Louisiana, Suite 5300
Houston, TX 77002
713-650-8805
713-750-0903 (fax)
breasoner@gibbsbruns.com
anajam@gibbsbruns.com


**Defendant-Stone Pigman Walther Wittmann L.L.C.**
**George M Kryder, III**
**Matthew W. Moran**
**Jordan W. Leu**
*Vinson Elkins LLP*
2001 Ross Ave, Suite 3900
Dallas, TX 75201
214-220-7719
214-999-7719 (fax)
gkryder@velaw.com
**Patrick W. Mizell**
*Vinson Elkins LLP*
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760



**Defendant - Michael A Nunes**
**Murray Folger**
*Folger, Brar, O'Neil & Gray LLP*
2 Houston Center
909 Fannin Street, suite 1640
Houston, Texas 77010
713-481-1010

**Defendant - David Elder**
**Kendall Kelly Hayden**
*Cozen O'Connor*
khayden@cozen.com
(214) 462-3072
1717 Main Street, Suite 3100
Dallas, Texas 75201
**Julia Gandar Simonet**
*Cozen O'Connor*
1221 McKinney Street, Suite 2900
Houston, Texas 77010


**Defendant - Bruce Ganer**
**Timothy Rothberg**
*Peckar & Abramson, PC*
trothberg@pecklaw.com
(713) 568-1638
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056


**Defendant - Sierra Pine Resources International, Inc.**
**Timothy Rothberg**
*Peckar & Abramson, PC*
trothberg@pecklaw.com
(713) 568-1638
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056


**Defendant - Helena Energy LLC**
**Leonard H. Simon**
**William P Haddock**
*Pendergraft & Simon, LLP*
2777 Allen Parkway, Ste 800
Houston, TX 77019
713-528-8555
713-868-1267 (fax)
will@haddock.pro