IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, Plaintiff, | § § § § § | |
| vs. | § § | |
| KAY RIECK, LARS DEGENHARDT, THEODOR VAN STEPHOUDT, DAVID HRYCK, REED SMITH LLP, THOMAS E. HORD, MICHAEL ANTHONY NUNES, STONE PIGMAN WALTHER WITTMAN LLC, in its own capacity and as successor by merger to COGAN & PARTNERS LLP, DAVID ELDER, BRUCE GANER, SIERRA PINE RESOURCES INTERNATIONAL, INC., and HELENA ENERGY, LLC, Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-02698 Jury |

**DEFENDANT THOMAS E. HORD'S REPLY TO
PLAINTIFF CLINGMAN & HANGER'S OPPOSITION TO
DEFENDANT THOMAS E. HORD'S MOTION TO SEVER OR DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Thomas E. Hord files this reply to Plaintiff Clingman & Hanger's Opposition to Defendant Thomas E. Hord's Motion to Server or Dismiss. [ECF No. 139].

1.    Under FED. R. CIV. P. 21, courts have broad discretion in ruling on motions to sever. *Pave/Lock/Plus II LLC v. Erosion Prevention Products LLC*, No. 4:20-CV-3557, 2021 WL 3860715, at *1 (S.D. Tex. Aug. 30, 2021) (Hanen, J.) (citing *In re EMC Corp.*, 677 F.3d 1351, 1355 (Fed. Cir. 2021)).

1

2. Just because Furie Operating Alaska, LLC's bankruptcy-related claims may have been assigned to the litigation trust does not mean that Clingman & Hanger can lump every defendant who allegedly contributed to Furie's bankruptcy into a single civil case. Clingman & Hanger has joined together a variety of disparate theories and claims. There are allegations of breach of fiduciary duty related to chartering a drilling rig, pledging tax credits, providing legal services, inflating reserve estimates, etc. (Orig. Compl. ¶¶ 148-63). Hord, who handled field operations at Furie, has been implicated by Clingman & Hanger in the rig chartering allegations, allegations he vehemently denies. He has no relation to the other claims.

3. Severance would not prejudice the Furie claims. A suit echoing many of the claims and parties here has been pending in state court since 2016. *See* No. 2016-49928; *Allen L. Berry et al. v. Damon Kade et al.*; In the 125th Judicial District Court of Harris County, Texas. There, two individual holders in Furie's oil and gas leases sued many of the same parties as here—Kay Rieck, Lars Degenhardt, Thomas E. Hord, Furie Operating Alaska, LLC, etc.—alleging breach of fiduciary duty, improper accounting, conspiracy, etc. Hord and Furie have literally been sitting as co-defendants for years; never once did Furie make cross-claims against him.

4. There is substantial cross-over between the two suits, and there will likely be res judicata and collateral estoppel issues arising from the suits, not to mention duplicative discovery and trial work. That is why Hord has been seeking severance and remand.

5. Hord requests the opportunity to argue this issue before the Court to better elucidate the cross-over between the two suits. If the Court sets this case for a hearing on the

remaining motions filed by various defendants here, he asks for an opportunity to argue this motion to the Court.

## CONCLUSION & PRAYER

For these reasons, Hord continues to pray that the Court sever the claims against him into a separate suit and grant him any further relief he is entitled to.

Respectfully submitted,

HILL & HILL PC

By: */s/ J. Marcus Hill*
    J. Marcus Hill
    Texas Bar No. 09638150
    S.D. Tex. Bar No. 4640
1770 St. James Place, Suite 115
Houston, Texas 77056
2116 Church Street
Galveston, Texas 77550
Tel: (713) 688-6318
Fax: (713) 688-2817
marc@hillpclaw.com

ATTORNEYS FOR DEFENDANT
THOMAS E. HORD

## CERTIFICATE OF COMPLIANCE

I certify that this reply contains 553 words. The word count was calculated electronically using Microsoft Word.

*/s/ J. Marcus Hill*
J. Marcus Hill

## CERTIFICATE OF SERVICE

I certify that on January 10, 2022, I electronically filed the foregoing document and all exhibits with the United States District Court for the Southern District of Texas using the court's CM/ECF system. I certify that the following parties or their counsel of record are registered as CM/ECF filers and that they will be served by the CM/ECF system:

*/s/ J. Marcus Hill*
J. Marcus Hill

**Plaintiff - Clingman & Hanger Management Associates, LLC as Trustee of the Furie Litigation Trust**
**Robert M Corn- Lead Attorney**
*Attorney at Law*
3131 Eastside St.
Suite 440
Houston, TX 77098
713-229-0055
713-229-0057 (fax)
rcom@com-law.com
**Bijan Amini**
**Avery Samet**
*Amini LLC*
asamet@aminillc.com
(212) 497-8239
131 West 35th Street, 12th Floor
New York, New York 10001

**Defendant Kay Rieck**
**William P Haddock**
*Pendergraft & Simon, LLP*
2777 Allen Parkway, Ste 800
Houston, TX 77019
713-528-8555
713-868-1267 (fax)
will@haddock.pro


**Defendant - Theodor Van Stephoudt**
**Barrett H. Reasoner - Lead Attorney**
**Ayesha Najam**
*Gibbs & Bruns LLP*
1100 Louisiana
Suite 5300
Houston, TX 77002
713-650-8805
713-750-0903 (fax)
breasoner@gibbsbruns.com
anajam@gibbsbruns.com


**Defendant - Reed Smith LLP**
**Collin Joe Cox**
*Gibson, Dunn & Crutcher LLP*
811 Main St
Ste 3000
Houston, TX 77002
346-718-6604
ccox@gibsondunn.com
**Bennett Rawicki**
*Gibson, Dunn & Crutcher LLP*
2001 Ross A venue, Suite 2100
Dallas, Texas 75201-6912
**Kevin Rosen-** *Motion for pro hac vice pending*
**Shannon Mader** - *Motion for pro hac vice pending*
*Gibson, Dunn & Crutcher LLP*
333 South Grand A venue
Los Angeles, California 90071-3197

5

**Defendant - David Hyrick**
**Barrett H Reasoner - Lead Attorney**
**Ayesha Najam**
*Gibbs & Bruns LLP*
1100 Louisiana, Suite 5300
Houston, TX 77002
713-650-8805
713-750-0903 (fax)
breasoner@gibbsbruns.com
anajam@gibbsbruns.com


**Defendant-Stone Pigman Walther Wittmann L.L.C.**
**George M Kryder, III**
**Matthew W. Moran**
**Jordan W. Leu**
*Vinson Elkins LLP*
2001 Ross Ave, Suite 3900
Dallas, TX 75201
214-220-7719
214-999-7719 (fax)
gkryder@velaw.com
**Patrick W. Mizell**
*Vinson Elkins LLP*
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760


**Defendant - Michael A Nunes**
**Murray Folger**
*Folger, Brar, O'Neil & Gray LLP*
2 Houston Center
909 Fannin Street, suite 1640
Houston, Texas 77010
713-481-1010

**Defendant - David Elder**
**Kendall Kelly Hayden**
*Cozen O'Connor*
khayden@cozen.com
(214) 462-3072
1717 Main Street, Suite 3100
Dallas, Texas 75201
**Julia Gandar Simonet**
*Cozen O'Connor*
1221 McKinney Street, Suite 2900
Houston, Texas 77010


**Defendant - Bruce Ganer**
**Timothy Rothberg**
*Peckar & Abramson, PC*
trothberg@pecklaw.com
(713) 568-1638
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056


**Defendant - Sierra Pine Resources International, Inc.**
**Timothy Rothberg**
*Peckar & Abramson, PC*
trothberg@pecklaw.com
(713) 568-1638
3050 Post Oak Blvd., Suite 500
Houston, Texas 77056


**Defendant - Helena Energy LLC**
**Leonard H. Simon**
**William P Haddock**
*Pendergraft & Simon, LLP*
2777 Allen Parkway, Ste 800
Houston, TX 77019
713-528-8555
713-868-1267 (fax)
will@haddock.pro