IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, *Plaintiff*, v. KAY RIECK; LARS DEGENHARDT; THEODOR VAN STEPHOUDT; DAVID HRYCK, REED SMITH LLP; THOMAS E. HORD; MICHAEL ANTHONY NUNES; STONE PIGMAN WALTHER WITTMAN LLC, in its own capacity and as successor by merger to COGAN & PARTNERS LLP; DAVID ELDER; BRUCE GANER; SIERRA PINE RESOURCES INTERNATIONAL, INC.; and HELENA ENERGY, LLC, *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-02698 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that on behalf of Kay Rieck and Helena Energy, LLC, the undersigned hereby appears as co-counsel and requests that copies of any and all notices, pleadings, motions, or other documents, filed or entered in this case, be transmitted to:

        Robert L. Pendergraft
        TBN: 15743500
        SDOT: 730
        PENDERGRAFT & SIMON, LLP
        2777 Allen Parkway, Suite 800
        Houston, Texas 77019
        Tel. (713) 528-8555
        Cell (832) 647-7474
        Fax. (713) 868-1267
        E-mail: rlp@pendergraftsimon.com

Respectfully submitted this 13th day of January 2022.

PENDERGRAFT & SIMON, L.L.P.

*/s/ Robert L. Pendergraft*

Robert L. Pendergraft
TBN: 15743500
SDOT: 730
rlp@pendergraftsimon.com
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel. (713) 528-8555
Cell (832) 647-7474
Fax. (713) 868-1267
***Attorneys for Kay Rieck and Helena Energy, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on January 13, 2022.

*/s/ Robert L. Pendergraft*

Robert L. Pendergraft