**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLINGMAN & HANGER** | § | |
| **MANAGEMENT ASSOCIATES, LLC,** | § | |
| **as Trustee of the Furie Litigation Trust,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KAY RIECK; LARS DEGENHARDT;** | § | |
| **THEODOR VAN STEPHOUDT;** | § | |
| **DAVID HRYCK, REED SMITH LLP;** | § | **Civil Action No. 4:21-cv-02698** |
| **THOMAS E. HORD; MICHAEL** | § | |
| **ANTHONY NUNES; STONE PIGMAN** | § | |
| **WALTHER WITTMAN LLC, in its own** | § | |
| **capacity and as successor by merger to** | § | |
| **COGAN & PARTNERS LLP; DAVID** | § | |
| **ELDER; BRUCE GANER; SIERRA** | § | |
| **PINE RESOURCES** | § | |
| **INTERNATIONAL, INC.; and** | § | |
| **HELENA ENERGY, LLC,** | § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that on behalf of Kay Rieck and Helena Energy, LLC, the undersigned hereby appears as co-counsel and requests that copies of any and all notices, pleadings, motions, or other documents, filed or entered in this case, be transmitted to:

> Paul Simon
> TBN: 24003276
> SDOT: 30358
> PENDERGRAFT & SIMON, LLP
> 2777 Allen Parkway, Suite 800
> Houston, Texas 77019
> Tel. (713) 528-8555
> Cell (713) 703-6363
> Fax. (713) 868-1267
> E-mail: psimon@pendergraftsimon.com

Respectfully submitted this 13th day of January 2022.

PENDERGRAFT & SIMON, L.L.P.

_____
Paul Simon
TBN: 24003276
SDOT: 30358
psimon@pendergraftsimon.com
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel. (713) 528-8555
Cell (713) 703-6363
Fax. (713) 868-1267
***Attorneys for Kay Rieck and Helena Energy, LLC***

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on January 13, 2022.

_____
Paul Simon