United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Clingman & Hanger Management Associates, LLC, as Trustee of the Furie Litigation Trust, | § § § § § | CIVIL ACTION NO. 4:21-cv-02698 |
| Plaintiff, | § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § | |
| Kay Rieck, et al., | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Reed Smith LLP's Motion For Leave To File Under Seal Certain Documents In Support Of Motion To Compel Energy Capital Partners Management, L.P. To Respond Fully To Subpoena To Produce Documents (Docket No. 208) (the "Motion"). The Court, upon reviewing the Motion and other appropriate materials, is of the opinion that the Motion should be GRANTED.

Accordingly, the Motion is GRANTED, and the Court orders that the exhibits requested in the Motion to be filed under seal remain under seal.

SO ORDERED.

Signed on __March 31, 2023__, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge