UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC,, | § § § § | CIVIL ACTION NO. 4:21-cv-02698 |
| Plaintiff, | § § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § | |

KAY RIECK, et al.,
    Defendants.

## ORDER DENYING DAVID HRYCK'S MOTION TO COMPEL LUMMUS CONSULTANTS INTERNATIONAL LLC TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS

Having considered Defendant David Hryck's Motion to Compel Lummus Consultants International LLC to Respond to Subpoena to Produce Documents in the above-captioned matter (Docket No. 220) and Lummus Consultants International LLC's Response in Opposition, the Court determines that the motion should be DENIED.

It is therefore ORDERED

(1) that Defendant David Hryck's Motion to Compel Lummus to locate and produce all emails located on any source that are to or from Keith Darby or K. Suaysompol from 2014 to 2019 that are responsive to Hryck's Requests No. 1 through 5, at Lummus's expense is DENIED;

(2) that Defendant David Hryck's Motion to Compel Lummus to review its ECP project folder and produce any responsive, nonprivileged documents, at its own expense is DENIED; and

1

(3) that Defendant Hryck's Motion to overrule Lummus's objections to Requests No. 1 through 5 based on relevance, trade secrets/confidentiality, vagueness and overbreadth, except to the extent Lummus objects to the time frame is DENIED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____

Hon. Charles Eskridge
United States District Judge