# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Clingman & Hanger Management Associates, LLC<br>Plaintiff,<br><br>vs.<br><br>Kay RieckLummus Consultants International LLC, et al.<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:21−cv−02698<br><br><br>JUDGE CHARLES ESKRIDGE |

## NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Tuesday, November 21, 2023, at 02:00 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002