IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Clingman & Hanger Management Associates, LLC, as Trustee of the Furie Litigation Trust, | § § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:21-cv-02698 |
| Kay Rieck, Lars Degenhardt, Theodor van Stephoudt, David Hryck, Reed Smith LLP, Thomas E. Hord, Michael Anthony Nunes, Stone Pigman Walther Wittman LLC, in its own capacity and as successor by merger to Cogan & Partners LLP, David Elder, Bruce Ganer, Sierra Pine Resources International, Inc. and Helena Energy, LLC, | § § § § § § § § § § § | |
| *Defendants*. | § | |

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record, it is hereby,

**ORDERED** that T. Braden Riley and Tyler Frankel be withdrawn as counsel of record for Defendant David Elder in this matter. It is further,

**ORDERED** that Karl A. Schulz and Kyle Hansen be enrolled as counsel of record for Defendant David Elder in this matter. Kendall Kelly Hayden will remain attorney-in-charge for Defendant David Elder.

Houston, Texas, this 9th day of April, 2024.

_____
The Honorable Charles R. Eskridge III
United States District Judge