**Exhibit A – Transfers to Nordic**

| Date of Payment | Payee | Recipient | Amount |
|---|---|---|---|
| 12/21/2015 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $9,600,000.00 |
| 2/5/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $3,500,000.00 |
| 3/3/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $3,500,000.00 |
| 5/12/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $2,635,000.00 |
| 5/31/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $2,550,000.00 |
| 7/1/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $1,000,000.00 |
| 7/19/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $800,000.00 |
| 8/11/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $1,766,494.24 |
| 8/12/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $1,726,783.02 |
| 8/25/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $560,075.57 |
| 9/12/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $2,196,952.00 |
| 10/5/2016 | Cornucopia WF x9240 | Nordic Overseas Drilling & Services | $1,372,035.00 |
| | | | $31,207,339.83 |