**Exhibit B – Transfers to Tom Hord**

**1.  Transfers from Cornucopia's Wells Fargo Account**

| Date | Reference | Amount | Description |
|---|---|---|---|
| 04/29/2016 | 00000782 | -$21,347.10 | Tom Hord Management |
| 08/31/2015 | 140367 | -$21,283.75 | Tom Hord Management |
| 09/17/2015 | 140425 | -$21,283.75 | Tom Hord Management |
| 09/30/2015 | 140462 | -$21,663.83 | Tom Hord Management |
| 10/26/2015 | 140486 | -$21,347.10 | Tom Hord Management |
| 11/03/2015 | 140495 | -$21,347.10 | Tom Hord Management |
| 11/30/2015 | 140603 | -$21,347.10 | Tom Hord Management |
| 12/04/2015 | 140640 | -$21,347.10 | Tom Hord Management |
| 12/18/2015 | 140670 | -$21,347.10 | Tom Hord Management |
| 01/08/2016 | 140733 | -$21,347.10 | Tom Hord Management |
| 01/15/2016 | 140775 | -$21,347.10 | Tom Hord Management |
| 02/05/2016 | 140826 | -$21,347.10 | Tom Hord Management |
| 02/19/2016 | 140840 | -$21,347.10 | Tom Hord Management |
| 03/04/2016 | 140919 | -$21,347.10 | Tom Hord Management |
| 03/18/2016 | 140925 | -$21,347.10 | Tom Hord Management |
| 04/01/2016 | 140990 | -$21,347.10 | Tom Hord Management |
| 04/29/2016 | 00000340 | -$21,347.10 | Tom Hord Management |
| 05/13/2016 | 00000352 | -$21,347.10 | Tom Hord Management |
| 05/26/2016 | 141065 | -$21,347.10 | Tom Hord Management |
| 05/26/2016 | 00000356 | -$21,347.10 | Tom Hord Management |
| 06/02/2016 | 141088 | -$21,347.10 | Tom Hord Management |
| 07/20/2016 | 00000378 | -$42,843.61 | Tom Hord Management |
| 08/03/2016 | 00000386 | -$21,496.51 | Tom Hord Management |
| 08/25/2016 | 00000418 | -$21,496.51 | Tom Hord Management |
| 09/13/2016 | 00000434 | -$21,496.51 | Tom Hord Management |
| 09/19/2016 | 00000435 | -$21,496.51 | Tom Hord Management |
| 10/03/2016 | 00000442 | -$21,496.51 | Tom Hord Management |
| 10/24/2016 | 00000466 | -$21,496.51 | Tom Hord Management |
|  |  | -$620,301.80 |  |

## 2. Transfers from FOA's Bank Accounts

| Date | Reference | Amount | Description |
|---|---|---|---|
| 08/20/2015 | 216475 | -$21,621.59 | Tom Hord Management |
| 11/03/2016 | 00000831 | -$21,496.51 | Tom Hord Management |
| 12/06/2016 | 00000844 | -$42,993.02 | Tom Hord Management |
| 12/20/2016 | 00000856 | -$21,496.51 | Tom Hord Management |
| 01/06/2017 | 00000871 | -$21,496.51 | Tom Hord Management |
| 01/19/2017 | 00000879 | -$21,496.51 | Tom Hord Management |
| 02/06/2017 | 00000905 | -$21,496.51 | Tom Hord Management |
| 02/24/2017 | 00000916 | -$21,496.51 | Tom Hord Management |
| 03/10/2017 | 00000924 | -$21,496.51 | Tom Hord Management |
| 03/20/2017 | 00000933 | -$21,496.51 | Tom Hord Management |
| 04/04/2017 | 00000947 | -$21,496.51 | Tom Hord Management |
| 04/25/2017 | 00000953 | -$21,496.51 | Tom Hord Management |
| 05/12/2017 | 00000960 | -$21,496.51 | Tom Hord Management |
| 05/24/2017 | 00000974 | -$21,496.51 | Tom Hord Management |
| 06/06/2017 | 00000981 | -$21,496.51 | Tom Hord Management |
| 06/22/2017 | 00000988 | -$21,496.51 | Tom Hord Management |
| 07/10/2017 | 00000997 | -$21,496.51 | Tom Hord Management |
| 07/19/2017 | 00001005 | -$21,947.94 | Tom Hord Management |
| 08/08/2017 | 00001014 | -$21,947.94 | Tom Hord Management |
| 08/25/2017 | 00001020 | -$21,947.94 | Tom Hord Management |
| 09/08/2017 | 00001030 | -$21,947.94 | Tom Hord Management |
| 09/22/2017 | 00001039 | -$21,947.94 | Tom Hord Management |
| 10/10/2017 | 00001048 | -$21,947.94 | Tom Hord Management |
| 10/23/2017 | 00001055 | -$21,947.94 | Tom Hord Management |
| 11/09/2017 | 00001067 | -$21,947.94 | Tom Hord Management |
| 11/30/2017 | 00001075 | -$21,947.94 | Tom Hord Management |
| 12/11/2017 | 00001087 | -$21,947.94 | Tom Hord Management |
| 12/20/2017 | 00001095 | -$21,947.94 | Tom Hord Management |
| 01/04/2018 | 00001107 | -$21,947.94 | Tom Hord Management |
| 01/26/2018 | 00001118 | -$21,947.94 | Tom Hord Management |
| 02/09/2018 | 00001132 | -$21,947.94 | Tom Hord Management |
| 02/26/2018 | 00001141 | -$21,947.94 | Tom Hord Management |

| 03/08/2018 | 00001151 | -$21,947.94 | Tom Hord Management |
|---|---|---|---|
| 03/26/2018 | 00001165 | -$21,947.94 | Tom Hord Management |
| 04/25/2018 | 00001212 | -$43,895.88 | Tom Hord Management |
| 05/29/2018 | 00001229 | -$65,843.82 | Tom Hord Management |
| 06/15/2018 | 00001253 | -$21,947.94 | Tom Hord Management |
| 06/29/2018 | 00001270 | -$21,947.94 | Tom Hord Management |
| | | -$913,812.82 | |