**Exhibit C – Transfers to Michael Anthony Nunes from FOA's Bank Accounts**

| Date | Reference | Amount | Description |
|---|---|---|---|
| 08/18/2015 | 00000728 | -$26,796.82 | TONY NUNES |
| 09/02/2015 | 00000735 | -$24,989.00 | TONY NUNES |
| 09/18/2015 | 00000736 | -$24,989.00 | TONY NUNES |
| 10/05/2015 | 00000741 | -$24,989.00 | TONY NUNES |
| 11/30/2015 | 00000747 | -$75,302.42 | TONY NUNES |
| 12/18/2015 | 00000755 | -$24,989.00 | TONY NUNES |
| 01/05/2016 | 00000757 | -$24,989.00 | TONY NUNES |
| 01/19/2016 | 00000763 | -$24,989.00 | TONY NUNES |
| 02/01/2016 | 00000764 | -$24,989.00 | TONY NUNES |
| 02/17/2016 | 00000768 | -$24,989.00 | TONY NUNES |
| 03/03/2016 | 00000772 | -$25,780.50 | TONY NUNES |
| 03/17/2016 | 00000773 | -$24,989.00 | TONY NUNES |
| 04/01/2016 | 00000776 | -$24,989.00 | TONY NUNES |
| 04/22/2016 | 00000780 | -$24,989.00 | TONY NUNES |
| 05/13/2016 | 00000785 | -$24,989.00 | TONY NUNES |
| 05/24/2016 | 00000787 | -$25,372.15 | TONY NUNES |
| 06/03/2016 | 00000790 | -$24,989.00 | TONY NUNES |
| 06/21/2016 | 00000791 | -$24,989.00 | TONY NUNES |
| 06/21/2016 | 00000796 | -$383.15 | TONY NUNES |
| 07/11/2016 | 00000795 | -$24,616.85 | TONY NUNES |
| 07/20/2016 | 00000811 | -$25,000.00 | TONY NUNES |
| 08/03/2016 | 00000814 | -$25,000.00 | TONY NUNES |
| 08/30/2016 | 00000817 | -$25,000.00 | TONY NUNES |
| 09/13/2016 | 00000821 | -$25,000.00 | TONY NUNES |
| 09/19/2016 | 00000822 | -$25,000.00 | TONY NUNES |
| 10/03/2016 | 00000823 | -$25,000.00 | TONY NUNES |
| 10/24/2016 | 00000829 | -$25,000.00 | TONY NUNES |
| 11/03/2016 | 00000832 | -$25,000.00 | TONY NUNES |
| 12/06/2016 | 00000843 | -$50,182.00 | TONY NUNES |
| 12/20/2016 | 00000855 | -$25,000.00 | TONY NUNES |

| 01/06/2017 | 00000870 | -$25,000.00 | TONY NUNES |
|---|---|---|---|
| | | -$828,279.89 | |