## Exhibit D – Transfers to Stone Pigman from FOA's Bank Accounts

| Date | Reference | Amount | Description |
|---|---|---|---|
| 01/19/2017 | 00000883 | -$25,000.00 | Stone Pigman Walther Whittmann, LLC |
| 02/06/2017 | 00000904 | -$37,000.00 | Stone Pigman Walther Whittmann, LLC |
| 02/24/2017 | 00000915 | -$25,000.00 | Stone Pigman Walther Whittmann, LLC |
| 03/10/2017 | 00000923 | -$37,000.00 | Stone Pigman Walther Whittmann, LLC |
| 03/20/2017 | 00000932 | -$25,000.00 | Stone Pigman Walther Whittmann, LLC |
| 04/04/2017 | 00000944 | -$37,000.00 | Stone Pigman Walther Whittmann, LLC |
| 04/24/2017 | 217760 | -$3,612.50 | Stone Pigman Walther Whittmann, LLC |
| 04/25/2017 | 00000952 | -$25,000.00 | Stone Pigman Walther Whittmann, LLC |
| 05/11/2017 | 217821 | -$9,120.88 | Stone Pigman Walther Whittmann, LLC |
| 05/12/2017 | 00000959 | -$39,213.68 | Stone Pigman Walther Whittmann, LLC |
| 05/24/2017 | 00000973 | -$22,917.00 | Stone Pigman Walther Whittmann, LLC |
| 06/06/2017 | 00000980 | -$34,917.00 | Stone Pigman Walther Whittmann, LLC |
| 06/22/2017 | 00000989 | -$22,917.00 | Stone Pigman Walther Whittmann, LLC |
| 07/05/2017 | 218008 | -$1,135.10 | Stone Pigman Walther Whittmann, LLC |
| 07/10/2017 | 00000996 | -$34,917.00 | Stone Pigman Walther Whittmann, LLC |
| 07/19/2017 | 00001004 | -$22,917.00 | Stone Pigman Walther Whittmann, LLC |
| 08/08/2017 | 00001013 | -$34,917.00 | Stone Pigman Walther Whittmann, LLC |
| 08/25/2017 | 00001021 | -$22,917.00 | Stone Pigman Walther Whittmann, LLC |
| 09/08/2017 | 218183 | -$37,535.27 | Stone Pigman Walther Whittmann, LLC |
| 09/21/2017 | 218233 | -$2,626.25 | Stone Pigman Walther Whittmann, LLC |
| 10/06/2017 | 218279 | -$58,551.50 | Stone Pigman Walther Whittmann, LLC |
| 10/24/2017 | 218319 | -$22,917.00 | Stone Pigman Walther Whittmann, LLC |
| 11/08/2017 | 218375 | -$34,917.00 | Stone Pigman Walther Whittmann, LLC |
| 11/28/2017 | 218432 | -$22,917.00 | Stone Pigman Walther Whittmann, LLC |
| 12/11/2017 | 00001086 | -$34,917.00 | Stone Pigman Walther Whittmann, LLC |
| 12/20/2017 | 00001094 | -$10,417.00 | Stone Pigman Walther Whittmann, LLC |
| 01/04/2018 | 00001108 | -$18,417.00 | Stone Pigman Walther Whittmann, LLC |
| 01/26/2018 | 00001119 | -$12,500.00 | Stone Pigman Walther Whittmann, LLC |
| 02/09/2018 | 00001133 | -$20,500.00 | Stone Pigman Walther Whittmann, LLC |
| 02/26/2018 | 00001142 | -$12,500.00 | Stone Pigman Walther Whittmann, LLC |
| 03/08/2018 | 00001152 | -$20,500.00 | Stone Pigman Walther Whittmann, LLC |
| 03/26/2018 | 00001167 | -$12,500.00 | Stone Pigman Walther Whittmann, LLC |
| 04/24/2018 | 00001210 | -$34,314.29 | Stone Pigman Walther Whittmann, LLC |

| 05/03/2018 | 00001216 | -$20,500.00 | Stone Pigman Walther Whittmann, LLC |
|---|---|---|---|
| 06/01/2018 | 218966 | -$6,014.84 | Stone Pigman Walther Whittmann, LLC |
| | | -$843,045.31 | |