**Exhibit E – Transfers to Bruce Ganer/Sierra Pine International Resources, Inc. from FOA's Bank Accounts**

1. **Transfers from Cornucopia's Wells Fargo Account**

| Date | Reference | Amount | Description |
|---|---|---|---|
| 01/19/2017 | 00000884 | -$78,912.50 | Sierra Pine Resources International |
| 02/06/2017 | 00000901 | -$57,556.25 | Sierra Pine Resources International |
| 03/10/2017 | 00000922 | -$83,873.75 | Sierra Pine Resources International |
| 04/04/2017 | 00000943 | -$84,048.75 | Sierra Pine Resources International |
| 05/15/2017 | 00000966 | -$78,823.75 | Sierra Pine Resources International |
| 06/06/2017 | 00000979 | -$76,818.75 | Sierra Pine Resources International |
| 07/10/2017 | 00000995 | -$58,638.75 | Sierra Pine Resources International |
| 08/08/2017 | 00001012 | -$64,856.25 | Sierra Pine Resources International |
| 10/10/2017 | 00001046 | -$146,215.00 | Sierra Pine Resources International |
| 11/09/2017 | 00001065 | -$57,961.25 | Sierra Pine Resources International |
| 12/11/2017 | 00001085 | -$39,670.00 | Sierra Pine Resources International |
| 01/04/2018 | 00001110 | -$16,387.50 | Sierra Pine Resources International |
| 02/09/2018 | 00001131 | -$41,400.00 | Sierra Pine Resources International |
| 02/28/2018 | 00001144 | -$40,000.00 | Sierra Pine Resources International |
| 03/08/2018 | 00001150 | -$23,215.00 | Sierra Pine Resources International |
| 03/26/2018 | 00001163 | -$67,566.25 | Sierra Pine Resources International |
| 04/24/2018 | 00001209 | -$36,212.80 | Sierra Pine Resources International |
| 05/07/2018 | 00001221 | -$126,623.24 | Sierra Pine Resources International |
| 07/25/2018 | 219138 | -$3,963.20 | Sierra Pine Resources International |
| 02/19/2019 | 00001500 | -$150,000.00 | Sierra Pine Resources International |
| 03/22/2019 | 00001519 | -$151,691.53 | Sierra Pine Resources International |
| 03/26/2019 | 00001520 | -$270.10 | Sierra Pine Resources International |
| 04/24/2019 | 00001558 | -$20,062.50 | Sierra Pine Resources International |
| 05/23/2019 | 00001589 | -$53,163.72 | Sierra Pine Resources International |
| 06/28/2019 | 00001611 | -$57,654.07 | Sierra Pine Resources International |
| 07/11/2019 | 00001625 | -$115,189.78 | Sierra Pine Resources International |
|  |  | -$1,730,774.69 |  |

## 2. Transfers from FOA's Bank Accounts

| Date | Reference | Amount | Description |
|---|---|---|---|
| 09/17/2015 | 140421 | -$14,827.50 | Sierra Pine Resources International |
| 11/30/2015 | 140594 | -$56,213.75 | Sierra Pine Resources International |
| 12/21/2015 | 140719 | -$13,730.00 | Sierra Pine Resources International |
| 01/08/2016 | 140728 | -$8,435.00 | Sierra Pine Resources International |
| 02/29/2016 | 140903 | -$41,310.00 | Sierra Pine Resources International |
| 03/31/2016 | 140976 | -$39,836.60 | Sierra Pine Resources International |
| 05/12/2016 | 141035 | -$83,895.00 | Sierra Pine Resources International |
| 06/02/2016 | 141129 | -$50,640.00 | Sierra Pine Resources International |
| 07/01/2016 | 141153 | -$51,077.50 | Sierra Pine Resources International |
| 08/04/2016 | 141211 | -$48,550.00 | Sierra Pine Resources International |
| 08/24/2016 | 141332 | -$50,657.50 | Sierra Pine Resources International |
| 09/30/2016 | 141471 | -$66,395.00 | Sierra Pine Resources International |
| 10/13/2016 | 141489 | -$71,435.00 | Sierra Pine Resources International |
| 11/18/2016 | 141562 | -$72,286.25 | Sierra Pine Resources International |
| 12/09/2016 | 00000478 | -$108,317.50 | Sierra Pine Resources International |
|  |  | -$777,606.60 |  |