IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGE-MENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-cv-02698 |
| | § | |
| v. | § | |
| | § | |
| KAY RIECK, ET AL, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to the Court's Opinion and Order Granting Leave to File Amended Complaint dated March 22, 2024 (Dkt. 286), I hereby certify that on April 10, 2024, a redline draft of Plaintiffs' Second Amended Complaint was sent to counsel for all Defendants inquiring as to comment as soon as possible.  Plaintiff's counsel conferred with those who responded and made agreed revisions to the complaint to address issues raised.  As of the time of filing of the complaint, no other substantive comments have been received concerning conformity of the amended complaint to the Court's order.

_/s/Robert M. Corn_
Robert M. Corn

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served upon all counsel of record on April 18, 2024, via ECF.

*/s/Robert M. Corn*
Robert M. Corn