UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, <br><br> Plaintiff, <br><br> vs. <br><br> KAY RIECK <br> LARS DEGENHARDT <br> THEODOR VAN STEPHOUDT <br> DAVID HRYCK <br> REED SMITH LLP <br> THOMAS E. HORD <br> MICHAEL ANTHONY NUNES <br> STONE PIGMAN WALTHER WITTMAN LLC, in its own capacity and as successor by merger to Cogan & Partners LLP <br> DAVID ELDER <br> BRUCE GANER <br> SIERRA PINE RESOURCES INTERNATIONAL, INC. and <br> HELENA ENERGY, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-cv-02698 |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Defendant Michael Anthony Nunes hereby notifies the Court and all parties and counsel of record that Michelle E. Gray is appearing as additional counsel on his behalf. Mr. Fogler will remain **lead counsel.**

Ms. Gray's contact information is as follows:

**Michelle E. Gray**
State Bar No. 24079075
E-Mail: mgray@foglerbrar.com

**FOGLER, BRAR, O'NEIL & GRAY, LLP**
909 Fannin, Suite 1640
Houston, Texas 77010
Telephone: 713-481-1010
Telecopy:  713-574-3224

Please include Ms. Gray on all filings, notices, and other communications in this matter.

Dated: May 1, 2024               Respectfully submitted,

                            **FOGLER, BRAR, O'NEIL & GRAY, LLP**

                            By:   */s/ Michelle E. Gray*
                                Murray Fogler
                                State Bar No. 07207300
                                mfogler@foglerbrar.com
                                Michelle E. Gray
                                State Bar No. 24078586
                                mgray@foglerbrar.com
                           909 Fannin, Suite 1640
                           2 Houston Center
                           Houston, Texas 77010
                           713.481.1010 (Phone)
                           713.574.3224 (Fax)

                           **ATTORNEYS FOR DEFENDANT MICHAEL ANTHONY NUNES**

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2024, the following notice was served on counsel for all parties of record to this litigation in accordance with Texas Rules of Civil Procedure.

                                          */s/     Michelle E. Gray*
                                              Michelle E. Gray