# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, § § § § § § § § Plaintiff, § § vs. § § KAY RIECK § LARS DEGENHARDT § THEODOR VAN STEPHOUDT § DAVID HRYCK § REED SMITH LLP § THOMAS E. HORD § MICHAEL ANTHONY NUNES § STONE PIGMAN WALTHER WITTMAN § LLC, in its own capacity and as successor by § merger to Cogan & Partners LLP § DAVID   ELDER § BRUCE GANER § SIERRA  PINE  RESOURCES § INTERNATIONAL,  INC.  and § HELENA ENERGY, LLC, § § Defendants. § § | CIVIL ACTION NO. 4:21-cv-02698 |

## MICHAEL ANTHONY NUNES'S *Unopposed* MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Michael Anthony Nunes ("Nunes") requests that the Court grant him a two-week extension of time to file an answer to Plaintiff's Second Amended Complaint, making the deadline to file the answer May 16, 2024.

**Plaintiff, Clingman & Hanger Management Associates, LLC, agrees to this extension,** conditioned on the fact that Nunes will be answering the lawsuit, not filing another Rule 12(b)(6) motion.

The Court is well acquainted with this case, which was originally filed on August 6, 2021, in the District Court of Harris County, Texas, and removed to this Court on August 18, 2021. On March 22, 2024, the Court granted Plaintiff's motion for leave to file a second amended complaint. Dkt. 286 (Opinion and Order Granting Leave to File Amended Complaint). On April 18, 2024, Plaintiff filed the Second Amended Complaint.

Nunes intends to file an Answer to the Second Amended Complaint, but counsel for Nunes needs additional time to work with Nunes and prepare the Answer. Due to conflicts in the lead counsel's schedule, Ms. Gray is making an appearance in this case and will be working with Mr. Nunes on the answer. Because Ms. Gray is new to this matter, she needs additional time to review the case file and various pleadings, and work with Mr. Nunes to prepare the Answer.

Therefore, Mr. Nunes respectfully requests that the Court enter the attached order extending his answer deadline by two weeks, to May 16, 2024.

May 1, 2024

        Respectfully submitted,

        **FOGLER, BRAR, O'NEIL & GRAY LLP**

        */s/ Michelle E. Gray*
            Murray Fogler
            ***Attorney-in-Charge***
            Texas Bar No. 07207300
            S.D. Tex. Bar No. 2003

            Michelle E. Gray
            ***Of Counsel***
            State Bar No. 24078586
            S.D. Tex. Bar No. 892270
            mgray@foglerbrar.com
            909 Fannin Street, Suite 1640
            Houston, Texas 77010
            Tel:  713.481.1010
            Fax:  713.574.3224

        **ATTORNEYS FOR DEFENDANT**
        **MICHAEL ANTHONY NUNES**

## CERTIFICATE OF CONFERENCE

    I certify that I have conferred by phone and email with counsel for Plaintiff Clingman & Hanger Management Associates, LLC, Robert Corn.  In our conversations, he has indicated that Plaintiff is not opposed to this motion so long as Nunes files an answer and not another Rule 12(b)(6) motion.

            */s/   Michelle E. Gray*
                Michelle Gray

## CERTIFICATE OF SERVICE

I certify that on this 1st day of May 2024, a true and correct copy of the foregoing has been served on counsel of record via the Court's ECF filing system and by email.

>/s/      *Michelle E. Gray*
> Michelle Gray