**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee of the Furie Litigation Trust<br><br>Plaintiff,<br><br>vs.<br><br>KAY RIECK *et al.*<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:21-CV-02698<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER GRANTING NUNES'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER**

Now before the Court is Defendant Michael Anthony Nunes's Unopposed Motion for Extension of Time to File an Answer to Plaintiff's Second Amended Complaint [Dkt. 291], seeking a two-week extension of time to file an answer.

Finding that good cause exists to grant such extension, the Court hereby GRANTS the motion.

Nunes's answer to the Plaintiff's Second Amended Complaint (Dkt. No. 288) is due May 16, 2024.

SO ORDERED.

Signed on _____, at Houston, Texas.

---

Hon. Charles Eskridge
United States District Judge