**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee of the Furie Litigation Trust, Plaintiff, | § § § § § | Civil Action No. 4:21-cv-02698 Jury |
| vs. | § § | |
| KAY RIECK et al., Defendants. | § § § | |

**ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

The Court has considered "Defendant Thomas E. Hord's Unopposed Motion for Extension of Time to File Answer" and finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant Thomas E. Hord to file an Answer (ECF No. 288) is extended to and including May 23, 2024.

It is SO ORDERED.


Signed on _____, 2024.


_____
Hon. Charles R. Eskridge III
United States District Judge