IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC**, as Trustee of the Furie Litigation Trust,<br>     *Plaintiff*,<br><br>v.<br><br>**KAY RIECK; LARS DEGENHARDT; THEODOR VAN STEPHOUDT; DAVID HRYCK, REED SMITH LLP; THOMAS E. HORD; MICHAEL ANTHONY NUNES; STONE PIGMAN WALTHER WITTMAN LLC**, in its own capacity and as successor by merger to **COGAN & PARTNERS LLP; DAVID ELDER; BRUCE GANER; SIERRA PINE RESOURCES INTERNATIONAL, INC.**; and **HELENA ENERGY, LLC**,<br>     *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | **Civil Action No. 4:21-cv-02698** |

## ORDER

On this day, the Court considered Kay Rieck's and Helena Energy, LLC's Unopposed Motion to Extend Time to File an Answer to Plaintiff's Second Amended Complaint. After reading the Motion and finding that it is unopposed by the Plaintiff, the Court finds the requested extension of time should be granted.

IT IS THEREFORE ORDERED that Defendants, Kay Rieck and Helena Energy, LLC have until Thursday, May 9, 2024 to file an answer to Plaintiff's Second Amended Complaint (ECF no. 288).

SIGNED this _____ day of May 2024.

_____
CHARLES R. ESKRIDGE III
UNITED STATES DISTRICT JUDGE