IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Clingman & Hanger Management Associates, LLC, as Trustee of the Furie Litigation Trust, § § § § *Plaintiff*, § § vs. § § Kay Rieck, Lars Degenhardt, Theodor van Stephoudt, David Hryck, Reed Smith LLP, Thomas E. Hord, Michael Anthony Nunes, Stone Pigman Walther Wittman LLC, in its own capacity and as successor by merger to Cogan & Partners LLP, David Elder, Bruce Ganer, Sierra Pine Resources International, Inc. and Helena Energy, LLC, § § § § § § § § § § § § *Defendants*. § | | CIVIL ACTION NO. 4:21-cv-02698 |

## ORDER

Before the Court is Defendant David Elder's Motion to Dismiss Clingman & Hanger Management Associates, LLC's Second Amended Complaint (the "Motion"). The Court, upon reviewing the Motion, Plaintiff's response, the reply, and other appropriate materials, is of the opinion that the Motion should be GRANTED.

Accordingly, the Motion is GRANTED, and Plaintiff's claims against David Elder are hereby DISMISSED.

SO ORDERED.

SIGNED this _____ day of _____, 2024 at Houston, Texas.

_____
The Honorable Charles R. Eskridge III