# HILL & HILL, P.C.

**1770 St. James Place, Suite 440**
**Houston, Texas 77056**

TELEPHONE (713) 688-6318                                                                                   TELECOPIER (713) 688-2817

May 30, 2024

The Honorable Charles R. Eskridge
c.o Jenelle Gonzalez, Case Manager
*Via email: Jenelle_Gonzalez@txs.uscourts.gov*
515 Rusk
Houston, Texas 77002

      Re:    *Civ. No. 4:21-cv-02698; Clingman & Hanger Management Associates, LLC v. Kay Rieck et al.; U.S. District Court – Southern District of Texas*
             *And, the plaintiff's proposal for a Fourth Amended Scheduling Order and failure to provide the partial settlement documents*

Dear Judge Eskridge,

    Attached is a copy of our discovery letter sent to you on May 24, 2024, through your case manager Ms. Gonzalez. We are filing this copy with the clerk to memorialize the record because we find no provision nor prohibition for same.

                                   Best regards,

                                   */s/ J. Marcus Hill*
                                     J. Marcus Hill

Cc: All counsel