EXHIBIT A

# HILL & HILL, P.C.

**1770 St. James Place, Suite 440**
**Houston, Texas 77056**

TELEPHONE (713) 688-6318                                                                                            TELECOPIER (713) 688-2817

May 15, 2024

*Via email:* rcorn@corn-law.com
Robert M. Corn
3131 Eastside Street, Suite 440
Houston, Texas 77098

      Re:    Civ. No. 4:21-cv-02698; Clingman & Hanger Management Associates, LLC
              v. Kay Rieck et al.; U.S. District Court – Southern District of Texas
              And, your proposal for a Fourth Amended Scheduling Order

Dear Robert,

     I have received a request from you to re-open the long since expired and closed dates for discovery and expert designations in this case. We object.

     The plaintiff waited until the last moment to file suit and now, has had over 3 years to designate experts. The plaintiff has failed to follow the federal rules that govern time sensitive designations and has requested and received numerous extensions of the original Scheduling Order and its three amendments. All these deadlines have fallen on plaintiff's deaf ears. Such inaction by the plaintiff has violated both the spirit and letter of the law, all to the defendants' detriment.

     In the past I offered the plaintiff deposition dates so the suit could proceed in an orderly and timely basis. And again, the plaintiff sat on its hands.

     Accordingly, we strongly object to your dilatory actions and further object to your continued delay. I am ready to go forward to trial today and you should be also.

     To agree to your delaying tactics would be adverse to my client and all defendants' interests and fly in the face of the orderly ends of justice.

     Should you and other defendants wish to participate in prolonged litigation, go ahead, but agree to sever me and we can go to trial tomorrow.

     To be clear, we object to any new docket control order.

**Galveston Office**
**2116 Church Street, Galveston, Texas**

Robert Corn
May 15, 2024
Page -2-

      Moreover to give you, a trust of all things, another bite at the apple would abrogate Mr. Hord's entitlement to clear his name (recall you have accused him of fraud) in an orderly and timely procedure.

      Lastly, as requested in February, please provide me your settlement documents, including the amount of settlement to parties in the above captioned matters.

      Thank you for your courtesies and cooperation in this matter.

                                                Best regards,

                                                */s/ J. Marcus Hill*
                                                J. Marcus Hill

Cc: All counsel
Addressed on Mr. Corn's
letter of this subject

**Galveston Office**
**2116 Church Street, Galveston, Texas**