# EXHIBIT B

| | |
|---|---|
| **From:** | Marc Hill |
| **Sent:** | Friday, May 24, 2024 2:02 PM |
| **To:** | Dylan Smith |
| **Subject:** | Fwd: No. 4:21-cv-02698 -- Clingman & Hanger v. Rieck etal -- S.D.Tex. |
| **Attachments:** | 2024.5.15 - Letter to Rc discovery.pdf; image001.jpg |

This is Exhibit B the EMail.  You can print and attach as a pdf to todays letter
J. Marcus "Marc" Hill
Lt Col USAF (Ret.)
Hill & Hill P.C. Law Firm
*A Veteran Owned Firm*
Galveston Office
2116 Church Street
Galveston, Texas 77550
Houston, Office
1770 St. James, Suite 440
Houston, Texas 77056
713/688-6318
409/220-1166
Fax 713/688-2817


Sent from my iPad

Begin forwarded message:

> **From:** Marc Hill <marc@hillpclaw.com>
> **Date:** May 17, 2024 at 10:44:44 PM MDT
> **To:** Robert Corn <rcorn@corn-law.com>, "Kryder, George" <gkryder@velaw.com>, "William Haddock (WHaddock@pendergraftsimon.com)" <WHaddock@pendergraftsimon.com>, "Murray Fogler (mfogler@foglerbrar.com)" <mfogler@foglerbrar.com>, "Kendall Kelly Hayden (khayden@cozen.com)" <khayden@cozen.com>, "Rothberg, Timothy (TRothberg@pecklaw.com)" <TRothberg@pecklaw.com>, "Mizell, Pat" <pmizell@velaw.com>, "Leonard Simon (LSimon@pendergraftsimon.com)" <LSimon@pendergraftsimon.com>, "Robert L. Pendergraft (rlp@pendergraftsimon.com)" <rlp@pendergraftsimon.com>, Kayla Strouse Berwald <kayla@hillpclaw.com>, "Leu, Jordan (jleu@velaw.com)" <jleu@velaw.com>, Michelle Gray <mgray@foglerbrar.com>, jstoger@stogerlaw.com, todd@tjzlaw.com, jsimonet@cozen.com
> **Cc:** "Avery Samet (asamet@aminillc.com)" <asamet@aminillc.com>, "Reece Dameron (rdameron@aminillc.com)" <rdameron@aminillc.com>
> **Subject: No. 4:21-cv-02698 -- Clingman & Hanger v. Rieck etal -- S.D.Tex.**


Ladies and Gents in Houston and environs:  I am praying for you, your families, colleagues and  staff that you and each of you are safe, both during and after the storm of yesterday eve.

Meanwhile, earlier in the week my Executive Assistant sent the attached letter to you.
I have received no response from the plaintiff. Accordingly, I will share my thoughts with the Court.

1

Telephone: 713-229-0055
Facsimile:  713-229-0057
Internet:  www.corn-law.com
Email: rcorn@corn-law.com

---

The information in this electronic message may be privileged and confidential pursuant to the attorney-client, attorney work product and/or other privilege and is intended for the use of only the recipient(s) named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of these electronically transmitted materials is prohibited.

---