United States District Court
Southern District of Texas
**ENTERED**
June 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC, Plaintiff, | § § § § § § | CIVIL ACTION NO 4:21-cv-02698 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| KAY RIECK, *et al*, Defendants. | § § | |

ORDER

By email to the Case Manager from counsel to Defendant Thomas Hord, the Court is advised that the discovery dispute raised by prior letter is moot. See Dkt 314. Consideration of that letter is terminated.

SO ORDERED.

Signed on June 25, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge