United States District Court
Southern District of Texas
**ENTERED**
January 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES LLC, Plaintiff, | § | CIVIL ACTION NO 4:21-cv-02698 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| KAY RIECK, *et al*, Defendants. | § | |

## ORDER

By email to the Case Manager, Plaintiff Clingman & Hanger Management Associates, LLC has provided notice of settlement of the claims against all remaining Defendants.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on January 21, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge